UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff / Petitioner: | **AFFIDAVIT OF SERVICE** |
| CLINT BREWER | Index No: |
| Defendant / Respondent: | 1:20-cv-4865 |
| SOFIA VERGARA ENTERPRISES, INC. AND SOFIA VERGARA | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 5105 Chelsea Cove North, Hopewell Junction, NY 12533 . That on Tue, Aug 11 2020 AT 03:42 PM AT 600 Mamaroneck Ave SUITE 400, Harrison, NY 10528 deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS A-C on SOFIA VERGARA ENTERPRISES, INC. AND SOFIA VERGARA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** SOFIA VERGARA ENTERPRISES, INC. AND SOFIA VERGARA C/O CORPORATE CREATION NETWORK, INC a defendant, therein named, by delivering a true copy of each to LAUREN MAURO personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be General Manager thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | |
|---|---|---|---|---|
| Age: 45 | Ethnicity: Caucasian | Gender: Female | | Weight: 135 |
| Height: 5'6" | Hair: Blond | Eyes: Brown | Relationship: General Manager | |

Other _____

_Adrian De Carlo_ (signature)

Adrian De Carlo

Sworn to before me on _August 12, 2020_

_Lisa Russak_ (signature)

Notary Public

LISA RUSSAK
Notary Public, State of New York
No. 01RU6186114
Qualified in Putnam County
Commission Expires Apr. 28. 20 24