# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

January 27, 2021

**VIA ECF**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The conference is canceled.  Plaintiff shall obtain a certificate of default from the Clerk and, on or before February 12, 2021, file a motion for a default judgment.

/s/ Alvin K. Hellerstein
Jan. 28. 2021

Re:     *Brewer v. Sofia Vergara Enterprises, Inc., et al.,* 1:20-cv-04865 (AKH)

Dear Judge Hellerstein:

We represent Plaintiff Clint Brewer in the above-captioned case and write pursuant to Section 1.D of the Court's Individual Rules to request an adjournment of the conference scheduled for January 29, 2021.  Defendants Sofia Vergara Enterprises, Inc. and Sofia Vergara are currently in default and Plaintiff intends to move for default judgment within 30 days.

(1)  the original date for the conference is January 29, 2021;

(2)  No previous requests for an adjournment have been made;

(3)  No previous requests have been granted;

(4)  The adversary is in default and therefore does not oppose the request;

(5)  No other dates are impacted.


Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

