# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLINT BREWER

                Plaintiff,

- against -

SOFIA VERGARA ENTERPRISES, INC.;
SOFIA VERGARA

                Defendants.

Docket No. 1:20-cv-004865-AKH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2021

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 24, 2020 with the filing of a summons and complaint. On August 11, 2020, a copy of the summons and complaint was served on defendants Sofia Vergara Enterprises, Inc. and Sofia Vergara ("Defendants") by personally serving Lauren Mauro, a person authorized to accept service on Defendants' behalf. Proof of service was therefore filed on August 18, 2020. [Dkt # 5] I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, NY

      Jan 27, 2021

                                          RUBY J. KRAJICK
                                          Clerk of Court

                    By: _____
                                Deputy Clerk